**2013–0583.  State v. Hightower.**
Lucas App. Nos. L–11–1138, L–11–1139, L–11–1140, L–11–1141, L–11–1142, and L–11–1143, 2012-

Ohio-6248. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.